IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   15-cr-272-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JUAN CARLOS AMAYA,
            aka GORDO and CHOLO,
2.     LUZ JEANETTE BAEZA,
3.     CHRISTIAN BALDERAS CARDONA,
4.     FNU LNU aka CHAPARRO,
5.     IVAN DOMINGUEZ-QUEZADA
            aka PRIMO and MASCOTA,
6.     STEVEN FERGUSON,
            aka BRUISER,
7.     WALTER SALINAS FRIAS,
            aka FLACO,
8.     ADELMO GALLEGOS,
            aka DANGER,
9.     MARLO GONZALEZ,
            aka EVIL,
10.   LUIS GRANADOS-ORDONEZ
            aka SHORTY,
11.   JASON HOLGUIN,
12.   DANIEL LOPEZ,
            aka DROOPY,
13.   JORGE LOYA-RAMIREZ,
            aka PRIMO,
14.   STEPHANIE MEDINA,
15.   ADAM NAKAMURA,
16.   JAMES PIERCE,
            aka LEVI,
17.   ALAN RAMON,
18.   ALAN RAMON, JR.
19.   ALBERT RAMON,
20.   RANDY RAMON,
21.   JENNIFER REH,
22.   DANIEL RIOS,
23.   ISIAH ROGERS,

aka BIGGIE,
24.   ZENA ROMERO,
25.   FNU LNU aka SINALOA,
26.   STEPHANIE TRUJILLO,
         aka SHORTY,
27.   ANTONIO VELAZQUEZ-HERNANDEZ,
         aka TONY,
28.   CARRIE VILLARREAL,

      Defendants.
_____

INDICTMENT
21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(i), 841(b)(1)(A)(viii), 841(b)(1)(A)(ii)(II),
841(b)(1)(B)(iii), 841(b)(1)(B)(i), 841(b)(1)(B)(ii)(II), 841(b)(1)(B)(iii), 841(b)(1)(B)(viii), and
841(b)(1)(C), 21 U.S.C. § 843(b), 21 U.S.C. § 861, 18 U.S.C. § 924(c)(1)(A) and
18 U.S.C. § 922(g)(5)
_____

THE GRAND JURY CHARGES:

**COUNT ONE**

From on or about June 2014 through on or about June 2015, both dates being approximate

and inclusive, within the State and District of Colorado and elsewhere, the defendants:

      JUAN CARLOS AMAYA,
      LUZ JEANETTE BAEZA,
      CHRISTIAN BALDERAS CARDONA,
      FNU LNU aka CHAPARRO,
      IVAN DOMINGUEZ-QUEZADA
      STEVEN FERGUSON,
      WALTER SALINAS FRIAS,
      ADELMO GALLEGOS,
      MARLO GONZALEZ,
      LUIS GRANADOS-ORDONEZ
      JASON HOLGUIN,
      DANIEL LOPEZ,
      JORGE LOYA-RAMIREZ,
      STEPHANIE MEDINA,
      ADAM NAKAMURA,
      JAMES PIERCE,
      ALAN RAMON,

ALAN RAMON, JR.
ALBERT RAMON,
RANDY RAMON,
JENNIFER REH,
DANIEL RIOS,
ISIAH ROGERS,
ZENA ROMERO,
FNU LNU aka SINALOA,
STEPHANIE TRUJILLO,
ANTONIO VELAZQUEZ-HERNANDEZ,
CARRIE VILLARREAL,

did knowingly and intentionally conspire with each other and with others known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute one or more of the following:   a kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance; 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; and 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846, and 841(a)(1) and 841(b)(1)(A)(i), 841(b)(1)(A)(viii), 841(b)(1)(A)(ii)(II) and 841(b)(1)(B)(iii).

## COUNT TWO

On or about November 26, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and DANIEL LOPEZ, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT THREE

On or about November 26, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and DANIEL LOPEZ, did knowingly and intentionally distribute and possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT FOUR

On or about December 2, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and DANIEL LOPEZ, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT FIVE

On or about December 2, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and DANIEL LOPEZ, did knowingly and intentionally distribute and possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT SIX

From on or about December 4, 2014 through December 5, 2014, within the State and

District of Colorado, and elsewhere, the defendants, DANIEL LOPEZ, CHRISTIAN

BALDERAS, and CARRIE VILLAREAL, did knowingly and intentionally distribute and possess

with the intent to distribute 500 grams or more of a mixture or substance containing a detectable

amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT SEVEN

On or about December 2, 2014, within the State and District of Colorado, and elsewhere,

the defendants, DANIEL LOPEZ and CHRISTIAN BALDERAS, did knowingly and intentionally

use a communication facility, the telephone, in committing and in facilitating the commission of

the offense of knowingly and intentionally conspiring to distribute and possess with the intent to

distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT EIGHT

On or about December 4, 2014, within the State and District of Colorado, and elsewhere,

the defendants, DANIEL LOPEZ and CHRISTIAN BALDERAS, did knowingly and intentionally

use a communication facility, the telephone, in committing and in facilitating the commission of

the offense of knowingly and intentionally conspiring to distribute and possess with the intent to

distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT NINE

On or about December 4, 2014, within the State and District of Colorado, and elsewhere,

the defendants, DANIEL LOPEZ and CARRIE VILLAREAL, did knowingly and intentionally

use a communication facility, the telephone, in committing and in facilitating the commission of

the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT TEN

On or about December 9, 2014, within the State and District of Colorado, and elsewhere, the defendants, DANIEL LOPEZ and JENNIFER REH, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ELEVEN

On or about December 16, 2014, within the State and District of Colorado, the defendants, DANIEL LOPEZ and CHRISTIAN BALDERAS, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT TWELVE

On or about December 17, 2014, within the State and District of Colorado, the defendants, DANIEL LOPEZ and JENNIFER REH, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of

knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT THIRTEEN

On or about December 16, 2014 through December 17, 2014, within the State and District of Colorado, and elsewhere, the defendants, DANIEL LOPEZ and JENNIFER REH, did knowingly and intentionally distribute and possess with the intent to distribute one or more of the following:   100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance; 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; 100 grams or more of a mixture or substance containing a detectable amount of cocaine; and a mixture or substance containing a detectable amount of cocaine base.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i); 841(b)(1)(A)(viii); 841(b)(1)(B)(ii)(II); and 841(b)(1)(C).

## COUNT FOURTEEN

On or about February 25, 2015, within the State and District of Colorado, the defendants, DANIEL LOPEZ and ALAN RAMON, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT FIFTEEN

On or about February 25, 2015, within the State and District of Colorado, the defendants, DANIEL LOPEZ and ALAN RAMON, did knowingly and intentionally distribute and possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT SIXTEEN

On or about February 27, 2015, within the State and District of Colorado, the defendants, DANIEL LOPEZ and ALAN RAMON, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT SEVENTEEN

On or about February 27, 2015, within the State and District of Colorado, the defendants, DANIEL LOPEZ and ALAN RAMON, did knowingly and intentionally distribute and possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT EIGHTEEN

On or about December 10, 2014, within the State and District of Colorado, the defendants, DANIEL LOPEZ and MARLO GONZALEZ, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the

offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT NINETEEN

On or about June 5, 2015, within the State and District of Colorado, the defendants, DANIEL LOPEZ and MARLO GONZALEZ, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT TWENTY

On or about March 5, 2015, within the State and District of Colorado, the defendants, DANIEL LOPEZ and STEPHANIE TRUJILLO, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT TWENTY-ONE

On or about February 28, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ALBERT RAMON, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of

knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT TWENTY-TWO

On or about February 28, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ALBERT RAMON, did knowingly and intentionally distribute and possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

### COUNT TWENTY-THREE

On or about March 2, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ALBERT RAMON, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT TWENTY-FOUR

On or about March 2, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ALBERT RAMON, did knowingly and intentionally distribute and possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT TWENTY-FIVE

On or about March 7, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ALBERT RAMON, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT TWENTY-SIX

On or about March 7, 2015, within the State and District of Colorado, the defendants, ALBERT RAMON and JAMES PIERCE, did knowingly and intentionally distribute and possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT TWENTY-SEVEN

On or about March 9, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ALBERT RAMON, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT TWENTY-EIGHT

On or about March 9, 2015, within the State and District of Colorado, the defendants, ALBERT RAMON and ALAN RAMON, did knowingly and intentionally distribute and possess

with the intent to distribute 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

## COUNT TWENTY-NINE

On or about April 1, 2015, within the State and District of Colorado, the defendants, ALAN RAMON JR and ALBERT RAMON, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT THIRTY

On or about April 1, 2015, within the State and District of Colorado, the defendants, ALBERT RAMON and ALAN RAMON JR, did knowingly and intentionally distribute and possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT THIRTY-ONE

On or about April 4, 2015, within the State and District of Colorado, the defendant, ALBERT RAMON, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT THIRTY-TWO

On or about April 4, 2015, within the State and District of Colorado, the defendant, ALBERT RAMON, did knowingly and intentionally distribute and possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).


## COUNT THIRTY-THREE

On or about April 4, 2015, within the State and District of Colorado, the defendant, ALBERT RAMON, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT THIRTY-FOUR

On or about April 24, 2015, within the State and District of Colorado, the defendants, ALBERT RAMON and LUIS GRANADO ORDONEZ, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT THIRTY-FIVE

On or about April 24, 2015, within the State and District of Colorado, the defendants, ALBERT RAMON and LUIS GRANADOS-ORDONEZ, did knowingly and intentionally

distribute and possess with the intent to distribute 50 grams or more of a mixture or substance

containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT THIRTY-SIX

On or about February 27, 2015, within the State and District of Colorado, the defendants,

ALBERT RAMON and ALAN RAMON, did knowingly and intentionally use a communication

facility, the telephone, in committing and in facilitating the commission of the offense of

knowingly and intentionally conspiring to distribute and possess with the intent to distribute a

controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT THIRTY-SEVEN

On or about April 17, 2015, within the State and District of Colorado, the defendant,

ALBERT RAMON, did knowingly and intentionally use a communication facility, the telephone,

in committing and in facilitating the commission of the offense of knowingly and intentionally

conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged

in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT THIRTY-EIGHT

On or about April 25, 2015, within the State and District of Colorado, the defendants,

ALBERT RAMON and LUIS GRANADOS-ORDONEZ, did knowingly and intentionally use a

communication facility, the telephone, in committing and in facilitating the commission of the

offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT THIRTY-NINE

On or about May 11, 2015, within the State and District of Colorado, the defendants, ALBERT RAMON and JUAN CARLOS AMAYA, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT FORTY

On or about November 9, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and ADAM NAKAMURA, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT FORTY-ONE

On or about November 9, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and ADAM NAKAMURA, did knowingly and intentionally distribute and possess with the intent to distribute one or more of the following:   a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance; a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; and 50

grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and 841(b)(1)(B)(viii).

## COUNT FORTY-TWO

On or about November 13, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and ADAM NAKAMURA, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT FORTY-THREE

On or about November 13, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and ADAM NAKAMURA, did knowingly and intentionally distribute and possess with the intent to distribute one or more of the following:   50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance and a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) and 841(b)(1)(C).

## COUNT FORTY-FOUR

On or about November 18, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and ADAM NAKAMURA, did knowingly and intentionally use a

communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT FORTY-FIVE

On or about November 18, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and ADAM NAKAMURA, did knowingly and intentionally distribute and possess with the intent to distribute one or more of the following:   a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance; and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and 841(b)(1)(B)(viii).

## COUNT FORTY-SIX

On or about November 25, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and ADAM NAKAMURA, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT FORTY-SEVEN

On or about November 25, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and ADAM NAKAMURA, did knowingly and intentionally distribute and

possess with the intent to distribute one or more of the following:   50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance and a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) and 841(b)(1)(C).

## COUNT FORTY-EIGHT

On or about November 26, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and ADAM NAKAMURA, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT FORTY-NINE

On or about November 26, 2014, within the State and District of Colorado and elsewhere, the defendants, ALAN RAMON and ADAM NAKAMURA, did knowingly and intentionally distribute and possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT FIFTY

On or about February 25, 2015, within the State and District of Colorado, the defendants, ALAN RAMON JR and ADAM NAKAMURA, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the

offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT FIFTY-ONE

On or about February 25, 2015, within the State and District of Colorado, the defendants, ALAN RAMON, ALAN RAMON JR and ADAM NAKAMURA, did knowingly and intentionally distribute and possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT FIFTY-TWO

On or about March 5, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ADAM NAKAMURA, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT FIFTY-THREE

On or about March 5, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ADAM NAKAMURA, did knowingly and intentionally distribute and possess with the intent to distribute one or more of the following:   a mixture or substance

containing a detectable amount of heroin, a Schedule I controlled substance and a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT FIFTY-FOUR

On or about March 6, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ADAM NAKAMURA, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT FIFTY-FIVE

On or about March 6, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ADAM NAKAMURA, did knowingly and intentionally distribute and possess with the intent to distribute one or more of the following:   a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance; 50 grams or a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance and a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and 841(b)(1)(B)(viii).

### COUNT FIFTY-SIX

On or about March 19, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ADAM NAKAMURA, did knowingly and intentionally use a

communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT FIFTY-SEVEN

On or about March 19, 2015, within the State and District of Colorado, the defendants, ALAN RAMON, ALAN RAMON JR and ADAM NAKAMURA, did knowingly and intentionally distribute and possess with the intent to distribute one or more of the following:   50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance and a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) and 841(b)(1)(C).

### COUNT FIFTY-EIGHT

On or about March 31, 2015, within the State and District of Colorado, the defendants, ALAN RAMON JR, RANDY RAMON and ADAM NAKAMURA, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT FIFTY-NINE

On or about March 31, 2015, within the State and District of Colorado, the defendants, ALAN RAMON JR, RANDY RAMON and ADAM NAKAMURA, did knowingly and

intentionally distribute and possess with the intent to distribute one or more of the following:   50

grams or more of a mixture or substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance and a mixture or substance containing a detectable amount of

cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii)

and 841(b)(1)(C).

## COUNT SIXTY

On or about April 1, 2015, within the State and District of Colorado, the defendants, ALAN

RAMON JR and ADAM NAKAMURA, did knowingly and intentionally use a communication

facility, the telephone, in committing and in facilitating the commission of the offense of

knowingly and intentionally conspiring to distribute and possess with the intent to distribute a

controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT SIXTY-ONE

On or about April 2, 2015, within the State and District of Colorado, the defendants, ALAN

RAMON JR and ADAM NAKAMURA, did knowingly and intentionally distribute and possess

with the intent to distribute 50 grams or more of a mixture or substance containing a detectable

amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT SIXTY-TWO

On or about November 5, 2014, within the State and District of Colorado, the defendants,

ALAN RAMON and STEVEN FERGUSON, did knowingly and intentionally use a

communication facility, the telephone, in committing and in facilitating the commission of the

offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT SIXTY-THREE

On or about November 5, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and STEVEN FERGUSON, did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIXTY-FOUR

On or about November 10, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and STEVEN FERGUSON, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT SIXTY-FIVE

On or about November 5, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and STEVEN FERGUSON, did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIXTY-SIX

On or about November 16, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and STEVEN FERGUSON, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT SIXTY-SEVEN

On or about November 16, 2014, within the State and District of Colorado, the defendant, STEVEN FERGUSON, possessed a firearm in furtherance of a drug trafficking crime.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT SIXTY-EIGHT

On or about November 16, 2014, within the State and District of Colorado and elsewhere, the defendants, ALAN RAMON and STEVEN FERGUSON, did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIXTY-NINE

On or about December 1, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and STEVEN FERGUSON, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the

offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT SEVENTY

On or about December 1, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and STEVEN FERGUSON, did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SEVENTY-ONE

On or about December 1, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and STEVEN FERGUSON, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT SEVENTY-TWO

On or about December 1, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and STEVEN FERGUSON, did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SEVENTY-THREE

On or about November 6, 2014, within the State and District of Colorado, and elsewhere, the defendants, ALAN RAMON and ADELMO GALLEGOS, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT SEVENTY-FOUR

On or about November 6, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and ADELMO GALLEGOS, did knowingly and intentionally distribute and possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT SEVENTY-FIVE

On or about November 6, 2014, within the State and District of Colorado, the defendant, ALAN RAMON, a person at least 18 years of age, did knowingly and intentionally employ, hire, use, persuade, induce, entice, or coerce, a person under 18 years of age to distribute and possess with the intent to distribute 50 grams of more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 861.

## COUNT SEVENTY-SIX

On or about November 9, 2014, within the State and District of Colorado, and elsewhere, the defendants, ALAN RAMON and ADELMO GALLEGOS, did knowingly and intentionally use a

communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT SEVENTY-SEVEN

On or about November 9, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and ADELMO GALLEGOS, did knowingly and intentionally distribute and possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT SEVENTY-EIGHT

On or about November 19, 2014, within the State and District of Colorado, and elsewhere, the defendants, ALAN RAMON and ADELMO GALLEGOS, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT SEVENTY-NINE

On or about November 19, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and ADELMO GALLEGOS, did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT EIGHTY

On or about November 21, 2014, within the State and District of Colorado, and elsewhere, the defendants, ALAN RAMON and ADELMO GALLEGOS, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT EIGHTY-ONE

On or about November 22, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and ADELMO GALLEGOS, did knowingly and intentionally distribute and possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT EIGHTY-TWO

On or about December 11, 2014, within the State and District of Colorado, and elsewhere, the defendants, ALAN RAMON and ADELMO GALLEGOS, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT EIGHTY-THREE

On or about December 11, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and ADELMO GALLEGOS, did knowingly and intentionally distribute and possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT EIGHTY-FOUR

On or about March 16, 2015, within the State and District of Colorado, and elsewhere, the defendants, ALAN RAMON and ADELMO GALLEGOS, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT EIGHTY-FIVE

On or about March 16, 2015, within the State and District of Colorado, the defendants, ALAN RAMON, ALAN RAMON JR and ADELMO GALLEGOS, did knowingly and intentionally distribute and possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT EIGHTY-SIX

On or about March 14, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and RANDY RAMON, did knowingly and intentionally use a communication

facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT EIGHTY-SEVEN

On or about March 14, 2015, within the State and District of Colorado, the defendants, ALAN RAMON JR and RANDY RAMON, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT EIGHTY-EIGHT

On or about April 3, 2015, within the State and District of Colorado, the defendants, ALAN RAMON JR and RANDY RAMON, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT EIGHTY-NINE

On or about December 22, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and STEPHANIE MEDINA, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the

offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT NINETY

On or about March 25, 2015, within the State and District of Colorado, the defendants, ALAN RAMON, ALAN RAMON JR and STEPHANIE MEDINA, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT NINETY-ONE

On or about April 8, 2015, within the State and District of Colorado, the defendants, ALAN RAMON JR and STEPHANIE MEDINA, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT NINETY-TWO

On or about January 27, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ISIAH ROGERS, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of

knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT NINETY-THREE

On or about January 27, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ISIAH ROGERS, did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT NINETY-FOUR

On or about February 1, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ISIAH ROGERS, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT NINETY-FIVE

On or about February 1, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ISIAH ROGERS, did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT NINETY-SIX

On or about February 2, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ALAN RAMON, JR., did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT NINETY-SEVEN

On or about February 2, 2015, within the State and District of Colorado, the defendants, ALAN RAMON, JR. and ISIAH ROGERS, did knowingly and intentionally distribute and possess with the intent to distribute one or more of the following:   a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance and a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT NINETY-EIGHT

On or about February 25, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ISIAH ROGERS, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT NINETY-NINE

On or about February 24, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ISIAH ROGERS, did knowingly and intentionally distribute and possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

### COUNT ONE HUNDRED

On or about February 25, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ISIAH ROGERS, did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT ONE HUNDRED ONE

On or about March 2, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ISIAH ROGERS, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT ONE HUNDRED TWO

On or about March 2, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ISIAH ROGERS, did knowingly and intentionally distribute and possess

with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT ONE HUNDRED THREE

On or about March 6, 2015, within the State and District of Colorado, the defendants, ALAN RAMON, ALAN RAMON, JR. and ISIAH ROGERS, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT ONE HUNDRED FOUR

On or about March 6, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ISIAH ROGERS, did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT ONE HUNDRED FIVE

On or about March 11, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ISIAH ROGERS, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED SIX

On or about March 11, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ISIAH ROGERS, did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ONE HUNDRED SEVEN

On or about March 16, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ISIAH ROGERS, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED EIGHT

On or about March 16, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ISIAH ROGERS, did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ONE HUNDRED NINE

On or about March 19, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ALAN RAMON, JR., did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of

knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED TEN

On or about March 19, 2015, within the State and District of Colorado, the defendants, ALAN RAMON, ALAN RAMON, JR. and ISIAH ROGERS, did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ONE HUNDRED ELEVEN

On or about November 25, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and ZENA ROMERO, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED TWELVE

On or about November 25, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and ZENA ROMERO, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED THIRTEEN

On or about November 25, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and ZENA ROMERO, did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ONE HUNDRED FOURTEEN

On or about November 30, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and ZENA ROMERO, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED FIFTEEN

On or about November 30, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and ZENA ROMERO, did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ONE HUNDRED SIXTEEN

On or about December 23, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and ZENA ROMERO, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of

knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED SEVENTEEN

On or about December 23, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and ZENA ROMERO, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED EIGHTEEN

On or about December 22, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and LUIS GRANADOS-ORDONEZ, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED NINETEEN

On or about December 20, 2014, within the State and District of Colorado, the defendants, ALAN RAMON, LUIS GRANADOS-ORDONEZ, JORGE LOYA-RAMIREZ and WALTER SALINAS-FRIAS, did knowingly and intentionally distribute and possess with the intent to

distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT ONE HUNDRED TWENTY

On or about February 3, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and LUIS GRANADOS-ORDONEZ, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED TWENTY-ONE

On or about February 3, 2015, within the State and District of Colorado, the defendants, ALAN RAMON, LUIS GRANADOS-ORDONEZ, JORGE LOYA-RAMIREZ and WALTER SALINAS-FRIAS, did knowingly and intentionally distribute and possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT ONE HUNDRED TWENTY-TWO

On or about February 28, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and WALTER SALINAS-FRIAS, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the

offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED TWENTY-THREE

On or about February 28, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and WALTER SALINAS-FRIAS, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED TWENTY-FOUR

On or about March 7, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and WALTER SALINAS-FRIAS, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED TWENTY-FIVE

On or about March 9, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and WALTER SALINAS-FRIAS, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the

offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED TWENTY-SIX

On or about March 9, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and WALTER SALINAS-FRIAS, did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ONE HUNDRED TWENTY-SEVEN

On or about March 20, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and WALTER SALINAS-FRIAS, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED TWENTY-EIGHT

On or about March 23, 2015, within the State and District of Colorado, the defendants, ALAN RAMON, ALAN RAMON, JR. and WALTER SALINAS-FRIAS, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED TWENTY-NINE

On or about December 8, 2014, within the State and District of Colorado, the defendants, ALAN RAMON, ALAN RAMON, JR. and WALTER SALINAS-FRIAS, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED THIRTY

On or about December 8, 2014, within the State and District of Colorado, the defendants, ALAN RAMON, ALAN RAMON, JR., LUIS GRANADOS-ORDONEZ, JORGE LOYA-RAMIREZ and WALTER SALINAS-FRIAS, did knowingly and intentionally distribute and possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT ONE HUNDRED THIRTY-ONE

On or about December 15, 2014, within the State and District of Colorado, the defendants, ALAN RAMON, ALAN RAMON, JR. and LUIS GRANADOS-ORDONEZ, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT ONE HUNDRED THIRTY-TWO

On or about December 15, 2014, within the State and District of Colorado, the defendants, ALAN RAMON, ALAN RAMON, JR., LUIS GRANADOS-ORDONEZ and JORGE LOYA-RAMIREZ, did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT ONE HUNDRED THIRTY-THREE

On or about April 23, 2015, within the State and District of Colorado, the defendant, LUIS GRANADOS-ORDONEZ, did knowingly and intentionally distribute and possess with the intent to distribute 50 grams or more of methamphetamine, (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

### COUNT ONE HUNDRED THIRTY-FOUR

On or about April 23, 2015, within the State and District of Colorado, the defendant, LUIS GRANADOS-ORDONEZ, did knowingly possess a firearm in furtherance of a drug trafficking crime.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT ONE HUNDRED THIRTY-FIVE

On or about May 25, 2015, within the State and District of Colorado, the defendants, DANIEL LOPEZ and FNU LNU aka CHAPARRO, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the

offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT ONE HUNDRED THIRTY-SIX

On or about June 5, 2015, within the State and District of Colorado, the defendants, DANIEL LOPEZ and STEPHANIE TRUJILLO, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT ONE HUNDRED THIRTY-SEVEN

From on or about June 5, 2015 through and including June 9, 2015, within the State and District of Colorado, the defendants, DANIEL LOPEZ, FNU LNU AKA CHAPARRO, and STEPHANIE TRUJILLO, did knowingly and intentionally distribute and possess with the intent to distribute one or more of the following:   a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and 841(b)(1)(A)(viii).

### COUNT ONE HUNDRED THIRTY-EIGHT

On or about April 23, 2015, within the State and District of Colorado, the defendants, JORGE LOYA-RAMIREZ and JUAN CARLOS AMAYA, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the

offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED THIRTY-NINE

On or about April 24, 2015, within the State and District of Colorado, the defendants, IVAN DOMINGUEZ-QUEZADA and JUAN CARLOS AMAYA, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED FORTY

On or about April 25, 2015, within the State and District of Colorado, and elsewhere, the defendants, IVAN DOMINGUEZ-QUEZADA and JUAN CARLOS AMAYA, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED FORTY-ONE

On or about April 26, 2015, within the State and District of Colorado, the defendants, IVAN DOMINGUEZ-QUEZADA and JORGE LOYA-RAMIREZ, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the

offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED FORTY-TWO

On or about April 26, 2015, within the State and District of Colorado, and elsewhere, the defendants, IVAN DOMINGUEZ-QUEZADA and JUAN CARLOS AMAYA, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED FORTY-THREE

On or about April 26, 2015, within the State and District of Colorado, the defendants, IVAN DOMINGUEZ-QUEZADA and JORGE LOYA-RAMIREZ, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED FORTY-FOUR

On or about May 7, 2015, within the State and District of Colorado, the defendants, JUAN CARLOS AMAYA and FNU LNU aka SINALOA, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the

offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT ONE HUNDRED FORTY-FIVE

On or about May 9, 2015, within the State and District of Colorado, the defendants, JUAN CARLOS AMAYA and IVAN DOMINGUEZ-QUEZADA, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT ONE HUNDRED FORTY-SIX

On or about May 13, 2015, within the State and District of Colorado, the defendants, JUAN CARLOS AMAYA and DANIEL RIOS, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT ONE HUNDRED FORTY-SEVEN

On or about May 13, 2015, within the State and District of Colorado, the defendants, JUAN CARLOS AMAYA and FNU LNU AKA SINALOA, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the

offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED FORTY-EIGHT

On or about May 13, 2015, within the State and District of Colorado, the defendants, JUAN CARLOS AMAYA and JASON HOLGUIN, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED FORTY-NINE

On or about May 14, 2015, within the State and District of Colorado, the defendants, JUAN CARLOS AMAYA and JASON HOLGUIN, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED FIFTY

On or about May 14, 2015, within the State and District of Colorado, the defendants, JUAN CARLOS AMAYA and FNU LNU AKA SINALOA, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the

offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED FIFTY-ONE

On or about May 13, 2015, within the State and District of Colorado, the defendant, JORGE LOYA-RAMIREZ, did knowingly and intentionally distribute and possess with the intent to distribute one or more of the following:   500 grams or more of a mixture or substance containing a detectable amount of cocaine, and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, each a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II) and 841(b)(1)(B)(viii).

## COUNT ONE HUNDRED FIFTY-TWO

On or about January 14, 2015, within the State and District of Colorado, the defendants, LUIS GRANADOS-ORDONEZ and JORGE LOYA-RAMIREZ, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED FIFTY-THREE

On or about April 25, 2015 in the State and District of Colorado, the defendant, IVAN DOMINGUEZ-QUEZADA, being at that time an alien (a person who is not a citizen or national of the United

States) who was illegally and unlawfully present in the United States, did unlawfully and knowingly possess a firearm in and affecting commerce.

All in violation of Title 18, United States Code, Section 922(g)(5).

### COUNT ONE HUNDRED FIFTY-FOUR

On or about November 19, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and JAMES PIERCE, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT ONE HUNDRED FIFTY-FIVE

On or about November 19, 2014, within the State and District of Colorado and elsewhere, the defendants, ALAN RAMON and JAMES PIERCE, did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT ONE HUNDRED FIFTY-SIX

On or about December 12, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and JAMES PIERCE, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT ONE HUNDRED FIFTY-SEVEN

On or about December 12, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and JAMES PIERCE, did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT ONE HUNDRED FIFTY-EIGHT

On or about January 28, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and JAMES PIERCE, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT ONE HUNDRED FIFTY-NINE

On or about December 12, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and JAMES PIERCE, did knowingly and intentionally distribute and possess with the intent to distribute one or more of the following:   a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and 841(b)(1)(B)(viii).

## COUNT ONE HUNDRED SIXTY

On or about February 2, 2015, within the State and District of Colorado, the defendants, ALAN RAMON, ALAN RAMON JR, and JAMES PIERCE, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED SIXTY-ONE

On or about February 2, 2015, within the State and District of Colorado, the defendants, ALAN RAMON, ALAN RAMON JR and JAMES PIERCE, did knowingly and intentionally distribute and possess with the intent to distribute one or more of the following:   a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and 841(b)(1)(B)(viii).

## COUNT ONE HUNDRED SIXTY-TWO

On or about February 27, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and JAMES PIERCE, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT ONE HUNDRED SIXTY-THREE

On or about February 27, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and JAMES PIERCE, did knowingly and intentionally distribute and possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

### COUNT ONE HUNDRED SIXTY-FOUR

On or about February 28, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ALAN RAMON JR., did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT ONE HUNDRED SIXTY-FIVE

On or about February 28, 2015, within the State and District of Colorado, the defendants, ALAN RAMON, ALAN RAMON JR and JAMES PIERCE, did knowingly and intentionally distribute and possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

### COUNT ONE HUNDRED SIXTY-SIX

On or about March 5, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and JAMES PIERCE, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of

knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED SIXTY-SEVEN

On or about March 5, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and JAMES PIERCE, did knowingly and intentionally distribute and possess with the intent to distribute one or more of the following:   a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and 841(b)(1)(B)(viii).

## COUNT ONE HUNDRED SIXTY-EIGHT

On or about March 10, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ALAN RAMON JR, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED SIXTY-NINE

On or about March 10, 2015, within the State and District of Colorado, the defendants, ALAN RAMON JR and JAMES PIERCE, did knowingly and intentionally distribute and possess

with the intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ONE HUNDRED SEVENTY

On or about March 16, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ALAN RAMON JR, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED SEVENTY-ONE

On or about March 16, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and JAMES PIERCE, did knowingly and intentionally distribute and possess with the intent to distribute one or more of the following:   a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and 841(b)(1)(B)(viii).

## COUNT ONE HUNDRED SEVENTY-TWO

On or about March 24, 2015, within the State and District of Colorado, the defendants, ALAN RAMON and ALAN RAMON JR, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of

knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED SEVENTY-THREE

On or about March 24, 2015, within the State and District of Colorado and elsewhere, the defendants, ALAN RAMON, ALAN RAMON JR and JAMES PIERCE, did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ONE HUNDRED SEVENTY-FOUR

On or about November 29, 2014, within the State and District of Colorado, the defendants, ALAN RAMON, ANTONIO VELASQUEZ-HERNANDEZ and LUZ BAEZA, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED SEVENTY-FIVE

On or about November 29, 2014, within the State and District of Colorado, the defendants, ALAN RAMON, ANTONIO VELASQUEZ-HERNANDEZ and LUZ BAEZA, did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ONE HUNDRED SEVENTY-SIX

On or about November 30, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and ANTONIO VELASQUEZ-HERNANDEZ, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED SEVENTY-SEVEN

On or about November 29, 2014, within the State and District of Colorado, the defendants, ALAN RAMON, ANTONIO VELASQUEZ-HERNANDEZ and LUZ BAEZA, did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ONE HUNDRED SEVENTY-EIGHT

On or about November 30, 2014, within the State and District of Colorado, the defendants, ALAN RAMON and ANTONIO VELASQUEZ-HERNANDEZ, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED SEVENTY-NINE

On or about November 30, 2014, within the State and District of Colorado, the defendants, ALAN RAMON, ANTONIO VELASQUEZ-HERNANDEZ and LUZ BAEZA, did knowingly

and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ONE HUNDRED EIGHTY

On or about December 1, 2014, within the State and District of Colorado, the defendants, ALAN RAMON, ANTONIO VELASQUEZ-HERNANDEZ and LUZ BAEZA, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED EIGHTY-ONE

On or about December 1, 2014, within the State and District of Colorado, the defendants, ALAN RAMON, ANTONIO VELASQUEZ-HERNANDEZ and LUZ BAEZA, did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ONE HUNDRED EIGHTY-TWO

On or about December 3, 2014, within the State and District of Colorado, the defendants, ALAN RAMON, ANTONIO VELASQUEZ-HERNANDEZ and LUZ BAEZA, did knowingly and intentionally use a communication facility, the telephone, in committing and in facilitating the commission of the offense of knowingly and intentionally conspiring to distribute and possess with the intent to distribute a controlled substance, as alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ONE HUNDRED EIGHTY-THREE

On or about December 3, 2014, within the State and District of Colorado, the defendants, ALAN RAMON, ANTONIO VELASQUEZ-HERNANDEZ and LUZ BAEZA, did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ONE HUNDRED EIGHTY-FOUR

On or about December 29, 2014, within the State and District of Colorado, the defendants, ALAN RAMON, ANTONIO VELASQUEZ-HERNANDEZ and LUZ BAEZA, did knowingly and intentionally distribute and possess with the intent to distribute one or more of the following: a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

The allegations contained in Counts One through One Hundred Eighty-four of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

Upon conviction of the violations alleged in Counts One through One Hundred Eighty-four of this Indictment involving violations of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(i), 841(b)(1)(A)(viii), 841(b)(1)(A)(ii)(II), 841(b)(1)(B)(iii), 841(b)(1)(B)(i),

841(b)(1)(B)(ii)(II), 841(b)(1)(B)(iii), 841(b)(1)(B)(viii), and 841(b)(1)(C), 21 U.S.C. § 843(b), 21 U.S.C. § 861, the defendants, JUAN CARLOS AMAYA, LUZ JEANETTE BAEZA, CHRISTIAN BALDERAS CARDONA, FNU LNU AKA CHAPARRO, IVAN DOMINGUEZ-QUEZADA, STEVEN FERGUSON, WALTER SALINAS FRIAS, ADELMO GALLEGOS, MARLO GONZALEZ, LUIS GRANADOS-ORDONEZ, JASON HOLGUIN, DANIEL LOPEZ, JORGE LOYA-RAMIREZ, STEPHANIE MEDINA, ADAM NAKAMURA, JAMES PIERCE, ALAN RAMON, ALAN RAMON, JR., ALBERT RAMON, RANDY RAMON, JENNIFER REH, DANIEL RIOS, ISIAH ROGERS, ZENA ROMERO, FNU LNU AKA SINALOA, STEPHANIE TRUJILLO, ANTONIO VELAZQUEZ-HERNANDEZ, and CARRIE VILLARREAL, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853 any and all of the defendants' right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to a money judgment in the amount of proceeds obtained by the conspiracy and by the defendants.

If any of the property as a result of any act or omission of the defendant:

    a)  cannot be located upon the exercise of due diligence;
    b)  has been transferred or sold to, or deposited with, a third
        party;
    c)  has been placed beyond the jurisdiction of the Court;
    d)  has been substantially diminished in value; or
    e)  has been commingled with other property which
        cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of said defendants up to the value of the forfeitable

property.

A TRUE BILL:


Ink signature on file in Clerk's Office
GRAND JURY FOREPERSON


APPROVED:

JOHN F. WALSH
United States Attorney

BY:      s/Kasandra R. Carleton
         KASANDRA R. CARLETON
         Assistant United States Attorney
         U.S. Attorney's Office
         1225 17th Street, Suite 700
         Denver, CO. 80202
         Telephone (303) 454-0124
         Fax (303) 454-0401
         Kasandra.Carleton@usdoj.gov
         Attorney For Government